JOHN S. KENNEDY, Respondent, *v.* UNION AGRICULTURAL SOCIETY, Appellant.

(Argued January 16, 1936; decided January 31, 1936.)

*Charles T. Ennis* for appellant.
*James M. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH. JJ. Dissenting: CRANE, Ch. J., and O'BRIEN, J.